IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

ANTONIO L. WILLIAMS,

        Appellant,

v.

        Case No.  5D22-417
        LT Case No. 2021-312366-MMDB

STATE OF FLORIDA,

        Appellee.

_____/

Decision filed August 9, 2022

Appeal from the County Court
for Volusia County,
Bryan Feigenbaum, Judge.

Matthew J. Metz, Public Defender,
and Natalie R. Gossett, Assistant
Public Defender, Daytona Beach, for
Appellant.

Ashley Moody, Attorney General,
Tallahassee, and Kaylee D. Tatman,
Assistant Attorney General, Daytona
Beach, for Appellee.

PER CURIAM.

      AFFIRMED.


LAMBERT, C.J., EVANDER and WALLIS, JJ., concur.